**Dismissed and Opinion Filed July 30, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00666-CR
No. 05-14-00667-CR
No. 05-14-00668-CR
No. 05-14-00669-CR
No. 05-14-00670-CR

**THE STATE OF TEXAS, Appellant**

**V.**

**JEREMY DERAY WASHINGTON, Appellee**

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F13-61654-Q, F13-61655-Q, F13-61656-Q,**
**F13-61657-Q, F13-61689-Q**

## MEMORANDUM OPINION
Before Justices Lang, Myers, and Brown

Appellant, the State of Texas, has filed a motion to dismiss the appeals. The State's

counsel has signed the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals

be **DISMISSED** and this decision be certified below for observance. *See* TEX. R. APP. P.

42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47
140666F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

THE STATE OF TEXAS, Appellant

No. 05-14-00666-CR     V.

JEREMY DERAY WASHINGTON,
Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-61654-Q.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-00667-CR     V.

JEREMY DERAY WASHINGTON,
Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-61655-Q.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 30th day of July, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-00668-CR      V.

JEREMY DERAY WASHINGTON,
Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-61656-Q.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-00669-CR      V.

JEREMY DERAY WASHINGTON,
Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-61657-Q.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

      Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2014.



# Court of Appeals
# Fifth District of Texas at Dallas

**JUDGMENT**

THE STATE OF TEXAS, Appellant

No. 05-14-00670-CR          V.

JEREMY DERAY WASHINGTON,
Appellee

On Appeal from the 204th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. F13-61689-Q.
Opinion delivered per curiam before Justices
Lang, Myers, and Brown.

Based on the Court's opinion of this date, we **DISMISS** the appeal.


Judgment entered this 30th day of July, 2014.